Thursday, September 15, 2011

No. 11–0563/MC.  U.S. v. Anthony J. Sanders.  CCA 201000522.  Review granted on the following issue:

> IN APPELLANT'S COURT–MARTIAL, THE MILITARY JUDGE ADMITTED A LABORATORY REPORT WHICH INCLUDED NOTATIONS FROM LAB TECHNICIANS AND A CERTIFICATION DOCUMENT STATING IN PLAIN TERMS THAT APPELLANT TESTED POSITIVE FOR AN ILLEGAL SUBSTANCE.  THE REPORT WAS DESIGNED TO BE "LEGALLY DEFENSIBLE" AT COURT–MARTIAL.  DID THE ADMISSION OF THIS REPORT VIOLATE APPELLANT'S SIXTH AMENDMENT RIGHT TO CONFRONT THE WITNESSES AGAINST HIM ABSENT TESTIMONY FROM THE TECHNICIANS OR THE CERTIFYING OFFICIAL WHO CREATED THE DOCUMENTS IN THE REPORT?

No briefs will be filed under Rule 25.

No. 10–5004/AF.  U.S. v. Ryan D. Humphries.  CCA 37632.  The Judge Advocate General of the Air Force has requested that action be taken with respect to the following issue:

> WHETHER THE AIR FORCE COURT OF CRIMINAL APPEALS ERRED IN FINDING APPELLEE'S SENTENCE INAPPROPRIATELY SEVERE UNDER THE UNIQUE CIRCUMSTANCES OF THIS CASE AND ERRED IN AN ATTEMPT AT EXERCISING APPELLATE CLEMENCY BY REMANDING THE CASE TO THE CONVENING AUTHORITY WITH INSTRUCTIONS THAT THE CONVENING AUTHORITY MAY APPROVE AN ADJUDGED SENTENCE NO GREATER THAN A SUSPENDED BAD CONDUCT DISCHARGE AND A REDUCTION TO THE GRADE OF E–1.

Briefs will be filed under Rule 25.